IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN OROZCO TOVAR,<br><br>    Petitioner,<br><br>    vs.<br><br>FERNANDO GONZALEZ,<br><br>    Respondent.<br>_____/ | 1:08-cv-01462-AWI-SMS (HC)<br><br>ORDER GRANTING PETITIONER'S THIRD MOTION FOR EXTENSION OF TIME<br>TO FILE TRAVERSE<br><br>(DOCUMENT #22)<br><br>THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On March 24, 2009, petitioner filed a motion to extend time to file a taverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file a traverse.

IT IS SO ORDERED.

**Dated:   March 27, 2009**          /s/ Sandra M. Snyder
                                                UNITED STATES MAGISTRATE JUDGE